UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| GERALD CARLISLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:10-0063 |
| | ) | Judge Trauger |
| PALMER ROOFING, | ) | Magistrate Judge Bryant |
| | ) | |
| Defendant. | ) | |

## O R D E R

The District Judge has referred this matter to the undersigned Magistrate Judge to schedule and conduct a judicial settlement conference/mediation. A telephone conference is set on **Tuesday, April 19, 2011, at 1:30 p.m.** to discuss a suitable date for the settlement conference. Counsel for plaintiff shall initiate the conference call.

It is so **ORDERED**.

*s/ John S. Bryant*
JOHN S. BRYANT
U.S. Magistrate Judge