UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

GERALD CARLISLE,                    )
                                    )
        Plaintiff,                  )
                                    )
        v.                          )    NO.  3:10-0063
                                    )    Judge Trauger/Bryant
PALMER ROOFING,                     )    **Jury Demand**
                                    )
        Defendant.                  )

                    <u>**O R D E R**</u>

        After consulting with counsel for the parties on June 30,
2011, the undersigned Magistrate Judge was advised that this matter
has been settled.  A stipulation and proposed order of dismissal
shall be filed no later than **Monday, July 11, 2011.**

        There is nothing remaining to be done by the undersigned
in this matter.  Therefore, the Clerk shall return the file to the
District Judge for her consideration of the stipulation and
proposed order of dismissal once it is filed.

        It is so **ORDERED**.

                            <u>s/ John S. Bryant</u>
                            JOHN S. BRYANT
                            United States Magistrate Judge