# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| GERALD CARLISLE, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil No. 3:10-0063 |
| PALMER ROOFING, | ) ) | Judge Trauger Magistrate Judge Bryant |
| Defendant. | ) ) | |

## **O R D E R**

On June 30, 2011, Magistrate Judge Bryant issued an Order requiring that a stipulation or proposed order of dismissal be filed by July 11, 2011. The parties have failed to meet that deadline. If no such document is filed by August 12, 2011, the court will simply dismiss this case and close the file.

It is so **ORDERED**.

ENTER this 3rd day of August 2011.

_____
ALETA A. TRAUGER
U.S. District Judge